■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. RIOS, Appellant. [771 NYS2d 406]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered May 23, 2001. The judgment convicted defendant, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the first degree and driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Allen*, 82 NY2d 761, 763 [1993]). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Kehoe, JJ.